■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW GOFORTH, Appellant. (Appeal No. 1.) [595 NYS2d 701] — Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092). Memorandum: We add only that, were we to review the sentence, we would conclude that it was not harsh

or excessive. (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Attempted Rape, 1st Degree.) Present—Callahan, J. P., Pine, Lawton, Boomer and Davis, JJ.